BOROUGH OF NEW SHREWSBURY, PLAINTIFF-RESPON-
DENT v. HERBERT HARVEY, DEFENDANT-PETITIONER.

*Mr. Herbert Harvey*, in propria persona.
*Messrs. Reussille, Cornwell, Mausner, Carotenuto .&
McGann* for the respondent.
February 28, 1967. Denied.

UNIVERSAL C. I. T. CREDIT CORPORATION, PLAINTIFF-
RESPONDENT AND CROSS-PETITIONER, v. BOROUGH
OF PARAMUS, DEFENDANT-PETITIONER AND CROSS-
RESPONDENT.

See same case below: 93 *N. J. Super.* 28.

*Messrs. Breslin & Breslin* for the petitioner and cross-re-
spondent.

*Messrs. Green & Laskey* and *Mr. Robert B. Silverman* for
the respondent and cross-petitioner.

February 28, 1967. Denied.

IN THE MATTER OF THE APPLICATION OF ALFRED B.
VELOSO AND JOHN D. GODINHO, MEMBERS OF PENN
SAVINGS AND LOAN ASSOCIATION OF NEWARK; UN-
DER N. J. S. A. 17:12B–118 TO 125 ETC.

ALFRED B. VELOSO, *ET AL.*, PLAINTIFFS-RESPONDENTS,
v. PENN SAVINGS & LOAN ASSOCIATION OF NEWARK,
DEFENDANT-PETITIONER.

See same case below: 93 *N. J. Super.* 186.

*Messrs. Del Negro & Adubato* and *Mr. Benjamin B. Fein-
feld* for the petitioner.

*Messrs. Schiff, Cummis & Kent* and *Mr. Steven S. Radin*
for the respondents.

February 28, 1967. Denied.